UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHERYL ALLING ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> BONDED CREDIT BUREAU, ) <br> INC. d/b/a DRS BONDED ) <br> ) <br> ) <br> Defendant ) <br> ) | Case Number: 3:10-cv-4420-FLW-TJB <br><br> CIVIL ACTION |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Cheryl Alling, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

RECEIVED
MAY 10 2011
AT 8:30_____M
WILLIAM T. WALSH
CLERK

BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Attorney I.D. #89677
Warren & Vullings, LLP
93 Old York Road
Jenkintown, PA 19046
215-745-9800

IT IS SO ORDERED:

Freda L. Wolfson
FREDA L. WOLFSON, U.S.D.J.   5/10/11